UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| THOMAS DUNKER,<br><br>       Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Civil No. 2:21-cv-01252-MLP<br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows. The ALJ will give further consideration to Plaintiff's bipolar disorder, further consider the opinion evidence and Plaintiff's subjective allegations, and obtain a psychological consultative examination if necessary. The ALJ will offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 30th day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Page 1     ORDER - [2:21-cv-01252-MLP]

1

2   Presented by:

3   s/ Lisa Goldoftas
    LISA GOLDOFTAS
4   Special Assistant United States Attorney
    Office of the General Counsel
5   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
6   Seattle, WA 98104-7075
    Telephone: (206) 615-3858
7   Fax: (206) 615-2531
    lisa.goldoftas@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2    ORDER - [2:21-cv-01252-MLP]